IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| HENRY ABRAM RODRIGUEZ, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | 2:14-CV-0063 |
| § | |
| WILLIAM STEPHENS, Director, § | |
| Texas Department of Criminal Justice, § | |
| Correctional Institutions Division, § | |
| § | |
| Respondent. § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION, and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

On June 9, 2014, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that petitioner's application for a writ of habeas corpus be dismissed. Although petitioner did not file any objections to the Report and Recommendation, he did file pleadings after entry of the Report and Recommendation. One such pleading was construed as a motion for extension of time to pay filing fees and was granted. The other was ordered by the Magistrate Judge to be unfiled. Neither pleading could be construed as an objection to the Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case. The Magistrate Judge's Report and Recommendation is hereby ADOPTED, and the petition for a writ of habeas corpus submitted by petitioner is hereby DISMISSED.

IT IS SO ORDERED.

ENTERED this 1st day of July, 2014.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE